# DARIUS WADIA
## ATTORNEY AT LAW
―――――

**DARIUS WADIA, L.L.C.**  **TELEPHONE: (212) 233-1212**
**THE WOOLWORTH BUILDING**  **FACSIMILE: (212) 571-9149**
**233 BROADWAY, SUITE 2208**  dwadia@wadialaw.com
**NEW YORK, NEW YORK 10279**

July 26, 2011

<u>BY ECF</u>
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        *Re*:   *Marcos Castro v. The City of New York, et al.*
               10 Civ. 2322 (JG)

Your Honor:

    I represent the plaintiff in the above-referenced matter. Pursuant to your Order of July 20, 2011, I am writing to update the Court and counsel for the defendants of the plaintiff's criminal charges.

    The criminal case is still pending in the Supreme Court of the State of New York, County of Queens. The next adjournment date is August 4, 2011 in Part TAP A. According to the plaintiff's assigned counsel, with whom I spoke last week, a motion to controvert the search warrant is currently pending.

    Please accept my apologies for missing the earlier deadline for this information.

                        Respectfully submitted,

                        /s/

                        Darius Wadia

Copy (Via ECF):    Mr. Brian Farrar
                          Assistant Corporation Counsel