# DARIUS WADIA
## ATTORNEY AT LAW

**DARIUS WADIA, L.L.C.**  **TELEPHONE: (212) 233-1212**
**THE WOOLWORTH BUILDING**  **FACSIMILE: (212) 571-9149**
**233 BROADWAY, SUITE 2208**  dwadia@wadialaw.com
**NEW YORK, NEW YORK 10279**

June 14, 2012

<u>VIA ECF</u>
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        *Re*:    *Marcos Castro v. The City of New York, et al.*
               10 Civ. 2322 (JG)

Your Honor:

      I represent the plaintiff, Marcos Castro, in the above-referenced matter. I am writing to inform the Court that after receiving and reviewing the transcript of Mr. Castro's plea allocution in New York State Supreme Court, I do not now feel that I have a basis on which to move to withdraw as the attorney of record. Accordingly, I would ask that the stay of the above-referenced civil action, which was ordered on February 15, 2011, be lifted.

      Although I have notified him by email, I have not had the opportunity to personally speak with Assistant Corporation Counsel Brian Farrar, the attorney for defendants City of New York, Claudia Bartolomei, Michael Dunleavy, Ismit Hoxha, Michael Keenan, Jeffrey Lee, John Malgaldi, John Oliva, James Shields, Scott Sweeney and Eric Theiss, regarding to this application.

      Additionally, although I have made efforts to reach him by telephone, I have not yet notified Mr. Castro, who is incarcerated, of my decision. I will write to him presently.

      Thank you for you consideration of this matter.

                                Respectfully submitted,

                                /s/

                                Darius Wadia

Copy (via ECF and email):    Assistant Corporation Counsel Brian Farrar

Copy (via regular mail):       Marcos Castro