UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MARCOS CASTRO,

                          Plaintiff,

              -against-

THE CITY OF NEW YORK, GERARD ABBENE, in
his individual capacity, ISMET HOXHA, in his
individual capacity, JAMES SHIELDS, in his
individual capacity and SCOTT SWEENEY, in his
individual capacity,

                          Defendants.
----------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

10 CV 2322 (PKC) (LB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Darius Wadia, Esq.
*Attorney for plaintiff*
233 Broadway, Suite 2208
New York, New York 10279

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

_____
Darius Wadia
*Attorney for Plaintiff*

_____
Brian J. Farrar
*Senior Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2015

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE